THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN LEE RICHES,

      Petitioner,

v.                                                      CASE NO. 1:08-cv-114-MP-AK

PLEASANT ROWLAND, et al.,

      Respondents.

_____/

## O R D E R

      This matter is before the Court on Doc. 1, Petition for Writ of Habeas Corpus, filed by Jonathan Lee Riches.  While Petitioner designated this as a habeas corpus petition, it is not on the proper form, and he has not sought leave to proceed *in forma pauperis* or paid the filing fee. In any event, Petitioner does not appear to seek habeas corpus relief; instead, he seeks the return of money which belongs to him and claims a vague Eighth Amendment violation, an improper denial of contact with his family, and the recording of his phone calls without consent. These charges appear then to be more in the nature of claims under 42 U.S.C. § 1983, and Petitioner should amend his complaint on a § 1983 form and complete an application to proceed IFP, forms which will be provided to him by the Clerk.  In amending his complaint, Petitioner should be clear and specific in making his allegations, as those presently before the Court are not sufficient for stating a claim for relief because of their vagueness.

      To amend his complaint, Petitioner must completely fill out the new civil rights complaint form, marking it "Amended Complaint."  Petitioner is advised that the amended

complaint must contain all of Petitioner's allegations and should not in any way refer to the

original complaint.  An amended complaint completely replaces all previous complaints and all

earlier complaints are disregarded.  N.D. Fla. Loc. R. 15.1.  Petitioner should file the amended

complaint in the Court and keep one identical copy for himself.  Petitioner need not file service

copies until instructed to do so by the Court.

Accordingly, it is hereby **ORDERED:**

1.  The clerk of court shall forward to Petitioner a Section 1983 form and the appropriate

IFP form.

2.  Petitioner must file the amended complaint and the motion for IFP no later than **June**

**24, 2008.**

3.  **Failure of Petitioner to respond to this order or submit the requested**

**information or explain his inability to do so will result in a recommendation to the District**

**Judge that this action be dismissed.**

**DONE AND ORDERED** this _23rd_ day of May, 2008.

_s/ A. KORNBLUM_
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**