IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JONATHAN LEE RICHES,

    Petitioner,

v.                                        CASE NO. 1:08-cv-114-MMP-AK

PLEASANT ROWLAND, et al.,

    Respondents.

_____/

## REPORT AND RECOMMENDATION

By prior order, Petitioner was directed to show cause why the undersigned should not recommend dismissal of this action for failure to prosecute and to obey an order of this Court when he failed to file an amended complaint and a motion for IFP. Doc. 4. The time for showing cause has passed without response from Petitioner. He has not contacted the Court, and his mail was not been returned as undeliverable.

The Court therefore has no hesitation in recommending dismissal.

Accordingly, it is respectfully **RECOMMENDED** that this cause be **DISMISSED** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and to obey an order of this Court.

**IN CHAMBERS** at Gainesville, Florida, this  *19th*  day of August, 2008.

                                       *s/ A. KORNBLUM*
                                       **ALLAN KORNBLUM**
                                       **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

  A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.