IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JONATHAN LEE RICHES,

    Petitioner,

v.                                      CASE NO. 1:08-cv-00114-MP-WCS

PLEASANT ROWLAND, and
MORGAN ST JAIL,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 5, Report and Recommendation of the Magistrate Judge, recommending that this case be dismissed for failure to prosecute. The time for filing objections has passed, and none have been filed. The Court agrees that Plaintiff has failed to prosecute this matter and to follow an order of the Court. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The complaint is dismissed with prejudice.

**DONE AND ORDERED** this _10th_ day of December, 2008

                                          *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge